**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NORIX GROUP, INC.,

   Plaintiff,

  v.           Case No. 17-cv-07914

CORRECTIONAL TECHNOLOGIES, INC.,   Honorable John Robert Blakey
d/b/a CORTECH USA, and VDL
INDUSTRIES, LLC, d/b/a AMERICAN
SHAMROCK,

   Defendants.

**LPR 4.2(b) JOINT CLAIM CONSTRUCTION APPENDIX**

**ADDENDUM TO ECF 55**

**ADDITIONAL FILE HISTORY FOR U.S. 9,661,933 B2**

**03/12/2018 – 10/22/2019**

## ADDITIONAL FILE HISTORY FOR U.S. 9,661,933 B2

| Date | Document | Page |
|------|----------|------|
| 3/12/2018 | Report on the filing or determination of an action regarding a patent | A619 |
| 4/1/2019 | Oath or Declaration filed | A620 |
| 6/12/2019 | Petition for review by the Office of Petitions | A628 |
| 6/12/2019 | Fee Worksheet (SB06) | A629 |
| 6/12/2019 | Electronic Filing System Acknowledgment Receipt | A631 |
| 6/12/2019 | Application Data Sheet | A634 |
| 7/11/2019 | Petition Decision | A639 |
| 7/30/2019 | Petition for review by the Office of Petitions | A642 |
| 7/30/2019 | Fee Worksheet (SB06) | A643 |
| 7/30/2019 | Electronic Filing System Acknowledgment Receipt | A645 |
| 7/30/2019 | Request for Certificate of Correction | A648 |
| 8/13/2019 | Post Issue Communication - Request for Certificate of Correction Denied | A651 |
| 8/29/2019 | Petition Decision | A654 |
| 9/9/2019 | Petition for review by the Office of Petitions | A657 |
| 9/9/2019 | Request for Certificate of Correction | A658 |
| 9/9/2019 | Request for Certificate of Correction | A659 |
| 9/9/2019 | Electronic Filing System Acknowledgment Receipt | A661 |
| 9/24/2019 | Filing Receipt | A663 |
| 9/25/2019 | Petition Decision routed to Certificate of Correction | A667 |
| 9/25/2019 | Office Action Appendix | A670 |
| 10/22/2019 | Certificate of Correction - Post Issue Communication | A674 |

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Northern District of Illinois_____ on the following

☐ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>17-7914 | DATE FILED<br>11/2/2014 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| **PLAINTIFF**<br><br>Norix Group, Inc | | **DEFENDANT**<br><br>Correctional Technologies, Inc. d/b/a Cortech USA et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  US 9,661,933 B2 | 5/30/2017 | Please see attached. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br><br> |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Kristofer J. Simmons | DATE<br>11/5/2017 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

A619

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5450752

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| RICHARD KARL | 03/12/2019 |
| SCOTT KARL | 02/07/2019 |
| KURT STASKON | 02/12/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | NORIX GROUP, INC. |
| Street Address: | 1800 W HAWTHORNE LN |
| Internal Address: | SUITE N |
| City: | WEST CHICAGO |
| State/Country: | ILLINOIS |
| Postal Code: | 60185 |

**PROPERTY NUMBERS Total: 5**

| Property Type | Number |
|---|---|
| Application Number: | 15868091 |
| Application Number: | 16260050 |
| Application Number: | 15593955 |
| Patent Number: | 8007059 |
| Patent Number: | 9661933 |

**CORRESPONDENCE DATA**

**Fax Number:** (630)735-2390

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 630-306-0612 |
| Email: | James.Palmatier@appliedpatentservices.com |
| Correspondent Name: | APPLIED PATENT SERVICES |
| Address Line 1: | PO BOX 231 |
| Address Line 4: | ITASCA, ILLINOIS 60143-0231 |

| ATTORNEY DOCKET NUMBER: | 21668_268 |
|---|---|
| NAME OF SUBMITTER: | JAMES D PALMATIER |
| SIGNATURE: | /James D PALMATIER Reg. No. 42972/ |

| DATE SIGNED: | 04/01/2019 |
|---|---|
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 6**
source=21668_259_DEC_ASS_KS1#page1.tif
source=21668_259_DEC_ASS_KS1#page2.tif
source=21668_259_DEC_ASS_RK#page1.tif
source=21668_259_DEC_ASS_RK#page2.tif
source=21668_259_DEC_ASS_SK#page1.tif
source=21668_259_DEC_ASS_SK#page2.tif

**A621**

**PATENT ASSIGNMENT**

| Serial No.: | Patent No.: US | File date: | Pat Date: | For: | Ref: |
|---|---|---|---|---|---|
| 11/868,308 | 8,007,059 B2 | 10/05/07 | 08/30/11 | Intensive Use Furniture | _003 |
| 13/186,853 | N/A | 07/20/11 | Abnd, | Intensive Use Furniture | _116 |
| 13/450,508 | 9,661,933 B2 | 04/19/12 | 04/31/17 | Intensive Use Bed | _135 |
| 15/583,955 | | 05/01/17 | Pending | Intensive Use Bed | _256 |
| 15/868,091 | | 01/11/18 | Pending | Intensive Use Shelf | _259 |
| 16/260,050 | | 01/28/19 | Pending | Intensive Use Shelf | _268 |

I am a U.S. Citizen and as the named co-inventor, I declare that this declaration and assignment is directed to the above referenced United States patent applications and patents issued. I believe that I, along with co-inventors named on the above referenced patents, am an original joint inventor of the subject matter which is claimed and for which patent are granted. I have reviewed and understand the contents of the above-identified patents and patent applications, including the claims. I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56.

Whereas Norix Group, Inc. of 1800 W. Hawthorne Ave., Suite N, West Chicago, IL 60185 desires to acquire the entire right, title and interest in my inventions, including the right to enforce the patents against others for past and present infringement.

In consideration of good and valuable considerations, the receipt of which is hereby acknowledged, I hereby assign to:

> Norix Group, Inc.
> 1800 W. Hawthorne Ave.,
> Suite N,
> West Chicago, IL 60185

hereinafter referred to as ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in my inventions as described and claimed in the above referenced US patents and patent applications and in any Letters Patent that may be granted upon these or reissue, extension, division or continuation therefrom. I hereby also assign the right to enforce the above referenced patents including the right to bring enforcement proceedings seeking injunctive and monetary relief, in a court of proper jurisdiction, for past and present infringement activities. I hereby authorize and request the Commissioner of Patents and Trademarks to issue said forthcoming Letters Patent to said ASSIGNEE.

For said considerations, I hereby agree, upon the request of said ASSIGNEE, its successors, legal representatives and assigns, to execute any and all divisional, continuation and renewal applications for said invention, and any necessary oath or supplemental oath or affidavit or declaration relating thereto, and any application for the reissue or extension of any Letters Patent that may be granted upon any of said applications, that said ASSIGNEE, its successors, legal representatives or assigns, may deem necessary or expedient; and for the said considerations, I further agree, upon the request of said ASSIGNEE, its successors, legal representatives or assigns, in the event that any such application or Letters Patent becomes involved in Interference, to cooperate to the best of my ability with said ASSIGNEE, its successors, legal representatives or assigns, in the matters of preparing and executing the preliminary statement and giving and producing evidence in support thereof, and I hereby agree to perform, upon such request, any and all affirmative acts to obtain said Letters Patent and vest all rights therein in said ASSIGNEE, its successors, legal representatives and assigns, as fully and entirely as the same would have been held and enjoyed by me if this assignment had not been made.

And for the said considerations, I hereby assign to said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in said invention for any and all foreign countries and agree upon the request of said ASSIGNEE, its successors, legal representatives and assigns, to execute any and all documents that shall be required of me to be executed in connection with any and all applications for foreign Letters Patent therefore, including the prosecution thereof, and to execute any and all documents necessary to invest title in said foreign applications and patents in said ASSIGNEE.

Kurt Staskon, Inventor
Residence: Orland Park, IL, U.S.
Citizenship:US

**Subscribed and sworn to**
**before me, this** _12_ **day of**

_FEBRUARY_ , 201_9_

**[signature of Notary]**

**NOTARY PUBLIC**

My commission expires: _June 9_ , 20_20_ .

**[Notary Seal:]**

HARRY R SCHULTZ
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 9, 2020

A623

## PATENT DECLARATION AND ASSIGNMENT

| Serial No. | Patent No. US | File date: | Pat Date: | For: | Ref: |
|---|---|---|---|---|---|
| 11/868,308 | 8,007,059 B2 | 10/05/07 | 08/30/11 | Intensive Use Furniture | _003 |
| 13/186,853 | N/A | 07/20/11 | Abnd, | Intensive Use Furniture | _116 |
| 13/450,508 | 9,661,933 B2 | 04/19/12 | 04/31/17 | Intensive Use Bed | _135 |
| 15/583,955 | | 05/01/17 | Pending | Intensive Use Bed | _256 |
| 15/868,091 | | 01/11/18 | Pending | Intensive Use Shelf | _259 |
| 16/260,050 | | 01/28/19 | Pending | Intensive Use Shelf | _268 |

I am a U.S. Citizen and as the named inventor, I declare that this declaration and assignment is directed to the above referenced United States patent applications and patents issued. I believe that I am the original inventor of the subject matter which is claimed and for which patent may be granted. I have reviewed and understand the contents of the above-identified patents and patent applications, including the claims. The applications were made or authorized to be made by me. I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56. I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Whereas Norix Group, Inc. of 1800 W. Hawthorne Ave., Suite N, West Chicago, IL 60185 (ASSIGNEE) desires to acquire the entire right, title and interest in my inventions, including the right to enforce the patents against others for past and present infringement.

In consideration of good and valuable considerations, the receipt of which is hereby acknowledged, I hereby assign to:

      The Norix Group, Inc.
      1800 W. Hawthorne Ave.,
      Suite N,
      West Chicago, IL 60185

hereinafter referred to as ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in my inventions as described and claimed in the above referenced US patents and patent applications and in any Letters Patent that may be granted upon these or reissue, extension, division or continuation therefrom. I hereby also assign the right to enforce the above referenced patents including the right to bring enforcement proceedings seeking

A624

injunctive and monetary relief, in a court of proper jurisdiction, for past and present infringement activities. I hereby authorize and request the Commissioner of Patents and Trademarks to issue said forthcoming Letters Patent to said ASSIGNEE.

For said considerations, I hereby agree, upon the request of said ASSIGNEE, its successors, legal representatives and assigns, to execute any and all divisional, continuation and renewal applications for said inventions identified in the above referenced patent applications, and any necessary oath or supplemental oath or affidavit or declaration relating thereto, and any application for the reissue or extension of any Letters Patent that may be granted upon any of said applications, that said ASSIGNEE, its successors, legal representatives or assigns, may deem necessary or expedient; and for the said considerations, I further agree, upon the request of said ASSIGNEE, its successors, legal representatives or assigns, in the event that any such application or Letters Patent becomes involved in Interference, to cooperate to the best of my ability with said ASSIGNEE, its successors, legal representatives or assigns, in the matters of preparing and executing the preliminary statement and giving and producing evidence in support thereof, and I hereby agree to perform, upon such request, any and all affirmative acts to obtain said Letters Patent and vest all rights therein in said ASSIGNEE, its successors, legal representatives and assigns, as fully and entirely as the same would have been held and enjoyed by me if this assignment had not been made.

And for the said considerations, I hereby assign to said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in said invention listed above and for any and all patent rights in foreign countries and agree upon the request of said ASSIGNEE, its successors, legal representatives and assigns, to execute any and all documents that shall be required of me to be executed in connection with any and all applications for foreign Letters Patent therefore, including the prosecution thereof, and to execute any and all documents necessary to invest title in said foreign applications and patents in said ASSIGNEE.



Richard Karl, Inventor/Assignor
Mailing Address: 4051 Gulf Shores Blvd., Naples, FL 34103, US
Residence: Naples, FL.
Citizenship:US

Subscribed and sworn to before me, this _12_ day of _March_ , 2019

_Teresa Massaro_
**[signature of Notary]**

_____
**NOTARY PUBLIC**
My commission expires: _8/30_ , 20_22_

Ass_Dec_POA

[Notary Seal:]

TERESA MASSARO
Notary Public - State of Florida
Commission # GG 254191
My Comm. Expires Aug 30, 2022
Bonded through National Notary Assn.

2 of 3

**A625**

## PATENT ASSIGNMENT

| Serial No.: | Patent No.: US | File date: | Pat Date: | For: | Ref: |
|---|---|---|---|---|---|
| 11/868,308 | 8,007,059 B2 | 10/05/07 | 08/30/11 | Intensive Use Furniture | _003 |
| 13/186,853 | N/A | 07/20/11 | Abnd, | Intensive Use Furniture | _116 |
| 13/450,508 | 9,661,933 B2 | 04/19/12 | 04/31/17 | Intensive Use Bed | _135 |
| 15/583,955 | | 05/01/17 | Pending | Intensive Use Bed | _256 |
| 15/868,091 | | 01/11/18 | Pending | Intensive Use Shelf | _259 |
| 16/260,050 | | 01/28/19 | Pending | Intensive Use Shelf | _268 |

I am a U.S. Citizen and as the named co-inventor, I declare that this declaration and assignment is directed to the above referenced United States patent applications and patents issued. I believe that I, along with co-inventors named on the above referenced patents, am an original joint inventor of the subject matter which is claimed and for which patent are granted. I have reviewed and understand the contents of the above-identified patents and patent applications, including the claims. I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56.

Whereas Norix Group, Inc. of 1800 W. Hawthorne Ave., Suite N, West Chicago, IL 60185 desires to acquire the entire right, title and interest in my inventions, including the right to enforce the patents against others for past and present infringement.

In consideration of good and valuable considerations, the receipt of which is hereby acknowledged, I hereby assign to:

> Norix Group, Inc.
> 1800 W. Hawthorne Ave.,
> Suite N,
> West Chicago, IL 60185

hereinafter referred to as ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in my inventions as described and claimed in the above referenced US patents and patent applications and in any Letters Patent that may be granted upon these or reissue, extension, division or continuation therefrom. I hereby also assign the right to enforce the above referenced patents including the right to bring enforcement proceedings seeking injunctive and monetary relief, in a court of proper jurisdiction, for past and present infringement activities. I hereby authorize and request the Commissioner of Patents and Trademarks to issue said forthcoming Letters Patent to said ASSIGNEE.

For said considerations, I hereby agree, upon the request of said ASSIGNEE, its successors, legal representatives and assigns, to execute any and all divisional, continuation and renewal applications for said invention, and any necessary oath or supplemental oath or affidavit or declaration relating thereto, and any application for the reissue or extension of any Letters Patent that may be granted upon any of said applications, that said ASSIGNEE, its successors, legal representatives or assigns, may deem necessary or expedient; and for the said considerations, I further agree, upon the request of said ASSIGNEE, its successors, legal representatives or assigns, in the event that any such application or Letters Patent becomes involved in Interference, to cooperate to the best of my ability with said ASSIGNEE, its successors, legal representatives or assigns, in the matters of preparing and executing the preliminary statement and giving and producing evidence in support thereof, and I hereby agree to perform, upon such request, any and all affirmative acts to obtain said Letters Patent and vest all rights therein in said ASSIGNEE, its successors, legal representatives and assigns, as fully and entirely as the same would have been held and enjoyed by me if this assignment had not been made.

And for the said considerations, I hereby assign to said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in said invention for any and all foreign countries and agree upon the request of said ASSIGNEE, its successors, legal representatives and assigns, to execute any and all documents that shall be required of me to be executed in connection with any and all applications for foreign Letters Patent therefore, including the prosecution thereof, and to execute any and all documents necessary to invest title in said foreign applications and patents in said ASSIGNEE.

Scott Karl, Inventor
Residence: Geneva, Il, U.S.
Citizenship:US

**Subscribed and sworn to**
**before me, this** ___7___ **day of**

February_____ , 2019

[signature of Notary]

[Notary Seal:]

**NOTARY PUBLIC**

My commission expires: September 10, 2022.

JACQUELYN WHITING
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 10, 2022

**A627**

United States Patent
Application Serial No. 13/450,508
Title: Intensive Use Bed
Art Unit 7030

First Inventor: Karl, Richard
Filed: 04/19/2012
Patent Examiner: Wilson, Brittany


Commissioner of Patents,
Amendments
P.O. Box 1450,
Alexandria, VA 22313-1450

<u>Petition to Accept Delayed Claim for Priority under 37 CFR 1.78(e)</u>

Mail Stop Petitions
Office of Petitions
Commissioner of Patents
PO Box 1450
Alexandria, VA,
22313-1450

Commissioner of Patents,

Applicant files this petition under 37 CFR 1.78(e) along with an amended ADS in compliance with 37 CFR 1.76(c)(2) listing the reference required by 35 U.S.C. 120 to the prior-filed application(s) establishing a proper benefit chain.

Applicant submits the small entity petition fee under CFR 1.17(m).

Applicant submits the entire delay between the date the priority claim was due under 37 CFR 1.78(d)(3) and the date the priority claim was filed was unintentional.

A Certificate of Correction is not needed as the Published patent No. US 9,661,933 B2 correctly states the priority claim as represented in the amended ADS.

Respectfully Submitted,

James D. Palmatier, June 12, 2019
Attorney for Applicant, Reg. No. 42, 976
Applied Patent Services
PO Box 231
Itasca, Il 60143
21668_135 Intensive Use Bed

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13450508 |
| **Filing Date:** | 19-Apr-2012 |
| **Title of Invention:** | Intensive Use Bed |
| **First Named Inventor/Applicant Name:** | Richard B. Karl |
| **Filer:** | James D. Palmatier. |
| **Attorney Docket Number:** | 21668_135 |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| PET. DELAY SUB OR RESTORE PRIORITY-CLAIM | 2454 | 1 | 1000 | 1000 |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

**A629**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1000** |

**A630**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 36284828 |
| **Application Number:** | 13450508 |
| **International Application Number:** | |
| **Confirmation Number:** | 7030 |
| **Title of Invention:** | Intensive Use Bed |
| **First Named Inventor/Applicant Name:** | Richard B. Karl |
| **Correspondence Address:** | APPLIED PATENT SERVICES<br>-<br>PO BOX 231<br>-<br>ITASCA IL 60143-0231<br>US 6303060612<br>James.Palmatier@appliedpatentservice.com |
| **Filer:** | James D. Palmatier. |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 21668_135 |
| **Receipt Date:** | 12-JUN-2019 |
| **Filing Date:** | 19-APR-2012 |
| **Time Stamp:** | 22:18:15 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1000 |

**A631**

| RAM confirmation Number | 061319INTEFSW22252200 |
|---|---|
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

# File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 21668_135_ADS1_signed.pdf | 1722933 <br><br> 9c8a08c4eaed2d5b9920f3032d46ab9b781 8fef3 | no | 5 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 2 | Petition for review by the Office of Petitions | 21668_135_Petition.pdf | 63547 <br><br> 3370a568546fd43a01d3edc126bd3d5f951 12138 | no | 1 |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30111 <br><br> 0542a55b8f4e1612262fcdf75dae86154a98 88bb | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 1816591 | | |

**A632**

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**A633**

PTO/SB/14 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21668_135 |
| | Application Number | 13450508 |

| Title of Invention | Intensive Use Bed |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Applicant Information:

**Applicant 1**

| Applicant Authority ⦿Inventor | ○Legal Representative under 35 U.S.C. 117 | ○Party of Interest under 35 U.S.C. 118 |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | Richard | | Karl | |

| Residence Information (Select One) ⦿ US Residency | ○ Non US Residency | ○ Active US Military Service |

| City | Naples | State/Province | FL | Country of Residence | US |

| Citizenship under 37 CFR 1.41(b) | US |

**Mailing Address of Applicant:**

| Address 1 | 4051 Gulf Shore Blvd. Unit 302 |
| Address 2 | |
| City | Naples | State/Province | FL |
| Postal Code | 34103 | Country | US |

**Applicant 2**

| Applicant Authority ⦿Inventor | ○Legal Representative under 35 U.S.C. 117 | ○Party of Interest under 35 U.S.C. 118 |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | Scott | | Karl | |

| Residence Information (Select One) ⦿ US Residency | ○ Non US Residency | ○ Active US Military Service |

| City | Geneva | State/Province | IL | Country of Residence | US |

| Citizenship under 37 CFR 1.41(b) | US |

**Mailing Address of Applicant:**

| Address 1 | 322 S 4th St |
| Address 2 | |
| City | Geneva | State/Province | IL |
| Postal Code | 60134 | Country | US |

**Applicant 3**

| Applicant Authority ⦿Inventor | ○Legal Representative under 35 U.S.C. 117 | ○Party of Interest under 35 U.S.C. 118 |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | Kurt | | Staskon | |

| Residence Information (Select One) ⦿ US Residency | ○ Non US Residency | ○ Active US Military Service |

| City | Orland Park | State/Province | IL | Country of Residence | US |

A634

PTO/SB/14 (07-07)
Approved for use through 08/30/2010/ OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21668_135 |
|---|---|---|
| | Application Number | 13450508 |
| Title of Invention | Intensive Use Bed | |

| Citizenship under 37 CFR 1.41(b) | US | | |
|---|---|---|---|
| **Mailing Address of Applicant:** | | | |
| **Address 1** | 14139 Somerset Ct | | |
| **Address 2** | | | |
| **City** | Orland Park | **State/Province** | IL |
| **Postal Code** | 60487 | **Country** | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.          [ Add ]

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). | | | |
|---|---|---|---|
| ☒ An Address is being provided for the correspondence Information of this application. | | | |
| **Name 1** | Applied Patent Services | **Name 2** | |
| **Address 1** | PO Box 231 | | |
| **Address 2** | | | |
| **City** | Itasca | **State/Province** | IL |
| **Country** | US | **Postal Code** | 60143-0231 |
| **Phone Number** | 630-306-0612 | **Fax Number** | 630-735-2390 |
| **Email Address** | James.Palmatier@appliedpatentservice.com | [ Add Email ] [ Remove Email ] | |

## Application Information:

| Title of the Invention | Intensive Use Bed | | |
|---|---|---|---|
| **Attorney Docket Number** | 21668_135 | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Suggested Class (if any)** | | **Sub Class (if any)** | |
| **Suggested Technology Center (if any)** | | | |
| **Total Number of Drawing Sheets (if any)** | 12 | **Suggested Figure for Publication (if any)** | 3 |

## Publication Information:

| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|---|
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S. C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

A635

PTO/SB/14 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21668_135 |
|---|---|---|
| | Application Number | 13450508 |
| Title of Invention | Intensive Use Bed | |

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Enter either Customer Number or complete the Representative Name section below. If both sections are completed the Customer Number will be used for the Representative Information during processing.

| Please Select One: | ○ Customer Number | ● US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix | |
|---|---|---|---|---|---|
| | James | D. | Palmatier | | Remove |

| Registration Number | 42972 |
|---|---|

Additional Representative Information blocks may be generated within this form by selecting the **Add** button.

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78(a)(2) or CFR 1.78(a)(4), and need not otherwise be made part of the specification.

| Prior Application Status | Abandoned | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | | Prior Application Number | Filing Date (YYYY-MM-DD) | |
| 13450508 | Continuation of | | 13186853 | 2011-07-20 | |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13186853 | Continuation of | 11868308 | 2007-10-05 | 8007059 | 2011-08-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(a).

| | | | Remove | |
|---|---|---|---|---|
| Application Number | Country[i] | Parent Filing Date (YYYY-MM-DD) | Priority Claimed | |
| | | | ● Yes ○ No | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Assignee Information:

Providing this information in the application data sheet does not substitute for compliance with any requirement of part 3 of Title 37 of the CFR to have an assignment recorded in the Office.

**Assignee 1**

| If the Assignee is an Organization check here. | ☒ |
|---|---|
| Organization Name | Norix Group, Inc. |

A636

PTO/SB/14 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 21668_135 |
|---|---|---|
| | Application Number | 13450508 |

| Title of Invention | Intensive Use Bed |
|---|---|

**Mailing Address Information:**

| **Address 1** | 1400 Atlantic Ave | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | West Chicago | **State/Province** | IL |
| **Country** | US | Postal Code | 60185 |
| Phone Number | 630 231-1331 | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the **Add** button.

## Signature:

A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 10.18. Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /JDP/ /James D PALMATIER Reg. No. 42972/ | Date (YYYY-MM-DD) | ~~2012-04-19~~ 2019-06-12 |
|---|---|---|---|
| First Name | James | Last Name | Palmatier | Registration Number | 42972 |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**A638**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/450,508 | 04/19/2012 | Richard B. Karl | 21668_135 | 7030 |

7590          07/11/2019

APPLIED PATENT SERVICES
PO BOX 231
ITASCA, IL 60143-0231

| EXAMINER |
|---|
| SANTOS, ROBERT G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3673 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/11/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**A639**

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of                 :
Karl et al.                        :
Application No. 13/450,508       :      DECISION ON PETITION
Filed: 19 Apr 2012             :
For: Intensive Use Bed         :

This is a decision on the petition under 37 CFR 1.78(e) filed June 12, 2019 to accept an unintentionally delayed claim under 35 U.S.C. § 120 for the benefit of priority to the prior-filed nonprovisional application.

The petition is **DISMISSED**.

A petition for acceptance of a claim for late priority under 37 CFR § 1.78(e) is only applicable to those applications filed after the expiration of the period specified in 37 CFR § 1.78(d)(3).  In addition, the petition under 37 CFR § 1.78(e) must be accompanied by:

> **(1)**      the reference required by 35 U.S.C. § 120 and 37 CFR § 1.78(d)(2) of the prior-filed application, which must be filed in an Application Data Sheet, unless previously submitted;

> **(2)**      the petition fee set forth in § 1.17(m); and

> **(3)**      a statement that the entire delay between the date the claim was due under 37 CFR § 1.78(d)(3) and the date the claim was filed was unintentional.  The Director may require additional where there is a question whether the delay was unintentional.

The petition does not comply with item (1).

The issue fee was paid in this application on February 3, 2017, and the application issued as U.S. Patent No. 9,661,933 on May 30, 2017. As the application has issued as a patent, submission of a certificate of correction (along with the required fee) is required as a condition of granting the petition under 37 CFR § 1.78.

Petitioners assert that no certificate of correction is required because the domestic benefit claim information was correctly printed in the published patent. However, a review of the USPTO Patent Images database reveals that there is no domestic benefit claim to Application No. 11/868,308 printed on the front page of U.S. Patent No. 9,661,933. Additionally, the first

Application No. 13/450,508 Page 2

sentence of the specification as listed in the printed patent states that Application No. 13/186,853 "claims the benefit of the filing date of" Application No. 11/868,308. This is not a proper benefit claim under 35 U.S.C. 120 because the type of relationship between the applications (e.g., a continuation) was not made in the specification. Therefore, a certificate of correction is required effect the correction of the benefit claim.

A renewed petition must be filed, accompanied by a draft certificate of correction and the certificate of correction fee.

Receipt of the petition fee is acknowledged. No further fee is due in connection with the subject petition.

Further correspondence with respect to this matter should be delivered through one of the following mediums:

By mail:            Mail Stop PETITIONS
                    Commissioner for Patents
                    Post Office Box 1450
                    Alexandria, VA 22313-1450

By hand:            Customer Service Window
                    Mail Stop Petitions
                    Randolph Building
                    401 Dulany Street
                    Alexandria, VA 22314

By fax:             (571) 273-8300
                    ATTN: Office of Petitions

By internet:        EFS-Web[1]

Any questions concerning this matter may be directed to the undersigned at (571) 272-3231.

/DOUGLAS I WOOD/
Attorney Advisor, OPET

---

[1] www.uspto.gov/ebc/efs_help.html (for help using EFS-Web call the Patent Electronic Business Center at (866) 217-9197)

**A641**

United States Patent Application Serial No. 13/450,508     US Patent NO. 9,661,933 B2

First Inventor: Karl, Richard                    Title: Intensive Use Bed

Filed: 04/19/2012                                  Art Unit

Patent Examiner: Wilson, Brittany           Docket 21668_135


Commissioner of Patents,
Office Of Petitions
P.O. Box 1450,
Alexandria, VA 22313-1450

<u>Renewed Petition</u>

Sir,

Applicants renew the petition to accept a delayed claim for priority under 37 CFR 1.78(e) .

Applicants file the attached Request for Certificate of Correction with the required fee to effect the correction of the benefit claim as requested in the Petition Decision mailed 07/11/2019.

Applicants now request the granting of Applicants' Petition filed June 12, 2019.

Respectfully Submitted,

*[signature]*

James D. Palmatier,   July 30, 2019
Attorney for Applicant
Reg. No. 42, 972

Applied Patent Services
PO Box 231
Itasca, Il 60143
Enc:    Request for Certificate of Correction
         Certificate of Correction PTO/SB44
         Certificate of Correction Fee paid by EFS WEB

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13450508 |
| **Filing Date:** | 19-Apr-2012 |
| **Title of Invention:** | Intensive Use Bed |
| **First Named Inventor/Applicant Name:** | Richard B. Karl |
| **Filer:** | James D. Palmatier. |
| **Attorney Docket Number:** | 21668_135 |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| CERTIFICATE OF CORRECTION | 2811 | 1 | 150 | 150 |

**A643**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **150** |

A644

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 36727233 |
| **Application Number:** | 13450508 |
| **International Application Number:** | |
| **Confirmation Number:** | 7030 |
| **Title of Invention:** | Intensive Use Bed |
| **First Named Inventor/Applicant Name:** | Richard B. Karl |
| **Correspondence Address:** | APPLIED PATENT SERVICES<br>-<br>PO BOX 231<br>-<br>ITASCA          IL        60143-0231<br>US     6303060612<br>James.Palmatier@appliedpatentservice.com |
| **Filer:** | James D. Palmatier. |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 21668_135 |
| **Receipt Date:** | 30-JUL-2019 |
| **Filing Date:** | 19-APR-2012 |
| **Time Stamp:** | 13:21:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $150 |

**A645**

| RAM confirmation Number | E20197TD22292752 |
| --- | --- |
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
| --- | --- | --- | --- | --- | --- |
| 1 | Petition for review by the Office of Petitions | 21668_135_Re_Pet.pdf | 75916 <br> 08c870db76ea13854121d555a537553b777db137 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Request for Certificate of Correction | a21668_135_Req.pdf | 77574 <br> 7be80c9305646e980d46a5965ce4cfe1d68301df | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Request for Certificate of Correction | sb0044.pdf | 747514 <br> cc1db50207c00a44879a66c4b91aeebd54629883 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 29984 <br> 88f00602c72fc79d5b64407c048c1489724e4f04 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 930988 | | |

**A646**

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

A647

United States Patent Application Serial No. 13/450,508     US Patent NO. 9,661,933 B2

First Inventor: Karl, Richard                              Title: Intensive Use Bed

Filed: 04/19/2012

Art Unit 7030

Patent Examiner: Wilson, Brittany                         Docket 21668_135


Commissioner of Patents,
Office Of Data Management
Attn: Certificate of Correction Branch
P.O. Box 1450,
Alexandria, VA  22313-1450

<u>Request for Certificate of Correction</u>

Sir,

Please issue a Certificate of Correction for the above identified patent to correct minor errors on the issued patent. Attached is a Form PTO/SB44 indicating the correction to be made. This request is being made pursuant to 35 USC 255, since the errors comprise minor or typographical errors by Applicants. Here, Applicants made a typographical error in the priority claim in a continuation application, the application resulting in the above identified U.S. Patent.

Applicants' proposed correction does not involve changes which would:
(1) constitute new matter or
(2) require reexamination.

The applicants assert that the Office is authorized to issue a Certificate of Correction in this circumstance. If the Office has any questions or I can be of further assistance, please call me at 630-306-0612.
Respectfully Submitted,

James D. Palmatier,   July 30, 2019
Attorney for Applicant
Reg. No. 42, 972

Applied Patent Services
PO Box 231
Itasca, Il 60143


21668_135 Intensive Use Bed

**A648**

PTO/SB/44 (09-07)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page _____ of _____

PATENT NO.        : 9661933

APPLICATION NO.: 13/450,508

ISSUE DATE       : 05/30/2017

INVENTOR(S)     : Richard B Karl, Scott Karl, and Kurt Staskon

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

MAILING ADDRESS OF SENDER (Please do not use Customer Number below):
James D Palmatier

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**A649**

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

U<small>NITED</small> S<small>TATES</small> P<small>ATENT AND</small> T<small>RADEMARK</small> O<small>FFICE</small>

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/450,508 | 04/19/2012 | Richard B. Karl | 21668_135 | 7030 |

7590      08/13/2019

APPLIED PATENT SERVICES
PO BOX 231
ITASCA, IL 60143-0231

| EXAMINER |
|---|
| SANTOS, ROBERT G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3673 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/13/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

**A651**

| **Response to the Request for Certificate of Correction** | **Patent No.** 9661933 | **Applicant(s)** Karl et al. |
|---|---|---|
| | **Issue Date** 05/30/2017 | **Docket No.** 21668_135 |

This is in response to the request for a Certificate of Correction filed <u>30 July 2019</u>

☑ **Request Denied** - Consideration has been given to your request for the issuance of a Certificate of Correction under the provisions of 37 CFR 1.322 and/or 37 CFR 1.323. The Request is improper and denied for the reason(s) below:

1. ☐ Assignees' names and addresses (assignment data) printed in a patent, are based solely on information supplied in the appropriate space for identifying the assignment data on the Issue Fee Transmittal Form (PTOL-85b). Any request for a patent to be corrected to state the name of the assignee, must state that the assignment was submitted for recordation as set forth in 37 CFR 3.11 before issuance of the patent. Petition under 3.81 is to be filed for consideration of correction to assignee. The petition fee set forth in 37 CFR 1.17(i)(1) (currently $140, $70, $35 for large, small and micro entities, respectively.

2. ☐ The alleged error in _____, is in fact an Amendment and/or Change made by the examiner and considered to be in accordance with the permissible amendments enumerated in the Manual of Patent Examining Procedure (MPEP) Section 1302.04. Applicant did not file objection or amendment under 37 CFR 1.312 prior to payment of the issue fee.

3. ☐ A petition under CFR 1.182 is required to correct the alleged errors in spelling or order of inventor's names, since inventor's names are printed solely in accordance with the type-written names, and in the order of the type-written names on the Application Data Sheet (ADS). The required fee currently under rule 1.17(f) (small entity $200, large entity $400, micro entity fee $100).

4. ☐ With respect to the alleged error in changing the inventor name on the patent due to clerical error in ADS/OATH of related patents. The inventors name is printed in accordance with the OATH/ADS submitted at the time of filing the application. However, your attention is directed to C.F.R. 1.324, wherein a request is being made to change, add or delete inventor(s), after issuance of the patent.

5. ☐ With respect to the alleged error in _____, comparison of the printed patent with the corresponding location in the application file reveals that there is no discrepancy.

6. ☐ With respect to 37 CFR 1.72, the title should be brief but technically accurate and descriptive and should contain fewer than 500 characters. Inasmuch as the words "new," "improved," "improvement of," and "improvement in" are not considered as part of the title of an invention, these words should not be included at the beginning of the title of the invention and will be deleted when the Office enters the title into the Offices computer records, and when any patent issues.

7. ☐ The fee for correction under 37 CFR 1.323 is set forth in 37 CFR 1.20(a). ☐Partial fee ☐No fee was received with your request. Full fee payment is required before further action is taken on this request.

8. ☐ With respect to the request for corrected Letters Patent (Grant), corrections to the original Letters Patent are made under the provisions of Rule 1.322(b), not Rule1.323, unless a petition is granted.

9. ☑ Other Comments: <u>See Continuation Sheet</u>

*Further correspondence concerning this matter should be filed and directed to the Certificates of Correction Branch.*

Legal Instrument Examiner: <u>/DeBorah Pollard/</u>          Phone: <u>(703)756-1955</u>

Certificates of Correction Branch email: <u>CustomerServiceCoC@uspto.gov</u>     CoC Central Phone Number: (703)756-1814

*If applicable, information regarding a petition under 37 CFR 1.183 should be directed to the attention of the Commissioner for Patents using the FAX number (571) 273-8300*

U.S. Patent and Trademark Office                                                    Part of Paper No. 20190812
PTO-998 (Rev. 10/2014)

**A652**

**Continuation Sheet (PTO-998)**                                         **Patent No.** 9661933

Continuation of Other Comments: PTO/SB/44 form is blank. Each correction needs to be shown by column and line numbers on a 1050/SB44 form. Please ensure for every location of correction needed, the text on how the patent reads now and how it should read is displayed.

**A653**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/450,508 | 04/19/2012 | Richard B. Karl | 21668_135 | 7030 |

7590          08/29/2019
APPLIED PATENT SERVICES
PO BOX 231
ITASCA, IL 60143-0231

| EXAMINER |
|---|
| SANTOS, ROBERT G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3673 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/29/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**A654**



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of             :
Karl et al.                  :
Application No. 13/450,508   :      DECISION ON PETITION
Filed: 19 Apr 2012         :
For: Intensive Use Bed      :

This is a decision on the renewed petition under 37 CFR 1.78(e) filed July 30, 2019 to accept an unintentionally delayed claim under 35 U.S.C. § 120 for the benefit of priority to the prior-filed nonprovisional application.

The petition is again **DISMISSED**.

A petition for acceptance of a claim for late priority under 37 CFR § 1.78(e) is only applicable to those applications filed after the expiration of the period specified in 37 CFR § 1.78(d)(3). In addition, the petition under 37 CFR § 1.78(e) must be accompanied by:

**(1)**      the reference required by 35 U.S.C. § 120 and 37 CFR § 1.78(d)(2) of the prior-filed application, which must be filed in an Application Data Sheet, unless previously submitted;

**(2)**      the petition fee set forth in § 1.17(m); and

**(3)**      a statement that the entire delay between the date the claim was due under 37 CFR § 1.78(d)(3) and the date the claim was filed was unintentional. The Director may require additional where there is a question whether the delay was unintentional.

The petition does not comply with item (1).

The issue fee was paid in this application on February 3, 2017, and the application issued as U.S. Patent No. 9,661,933 on May 30, 2017. As the application has issued as a patent, submission of a certificate of correction (along with the required fee) is required as a condition of granting the petition under 37 CFR § 1.78.

A draft certificate of correction (and certificate of correction fee) was submitted July 30, 2019 with the subject renewed petition. The space intended for indication of the correction on Form PTO/SB/44, however, was left blank. A properly completed draft certificate of correction form is required for the Office to issue the desired certificate of correction. Petitioner should submit a

Application No. 13/450,508                                                Page 2

renewed petition with the desired correction of the domestic benefit claim completed on Form PTO/SB/44.

No additional petition fee or certificate of correction fee is due.

Further correspondence with respect to this matter should be delivered through one of the following mediums:

By mail:              Mail Stop PETITIONS
                      Commissioner for Patents
                      Post Office Box 1450
                      Alexandria, VA 22313-1450

By hand:              Customer Service Window
                      Mail Stop Petitions
                      Randolph Building
                      401 Dulany Street
                      Alexandria, VA 22314

By fax:               (571) 273-8300
                      ATTN: Office of Petitions

By internet:          EFS-Web[1]

Any questions concerning this matter may be directed to the undersigned at (571) 272-3231.


/DOUGLAS I WOOD/
Attorney Advisor, OPET

---

[1] www.uspto.gov/ebc/efs_help.html (for help using EFS-Web call the Patent Electronic Business Center at (866) 217-9197)

**A656**

United States Patent Application Serial No. 13/450,508     US Patent NO. 9,661,933 B2

First Inventor: Karl, Richard                             Title: Intensive Use Bed

Filed: 04/19/2012                                         Art Unit

Patent Examiner: Wilson, Brittany                        Docket 21668_135


Commissioner of Patents,
Office Of Petitions
P.O. Box 1450,
Alexandria, VA 22313-1450

<u>Renewed Petition</u>

Sir,

Applicants renew the petition to accept a delayed claim for priority under 37 CFR 1.78(e) .

Applicants file the attached amended Request for Certificate of Correction having previously paid the required fee to effect the correction of the benefit claim as requested in the Petition Decision mailed 07/11/2019.

Applicants now request the granting of Applicants' Petition filed June 12, 2019.

Respectfully Submitted,


James D. Palmatier,   Septemnber 09, 2019
Attorney for Applicant
Reg. No. 42, 972

Applied Patent Services
PO Box 231
Itasca, Il 60143
Enc:   Request for Certificate of Correction
       Certificate of Correction PTO/SB44


21668_135 Intensive Use Bed

United States Patent Application Serial No. 13/450,508     US Patent NO. 8,609,514 B2

First Inventor: Karl, Richard                Title: Intensive Use Bed

Filed: 04/19/2012

Art Unit 7030

Patent Examiner: Wilson, Brittany           Docket 21668_135


Commissioner of Patents,
Office Of Data Management
Attn: Certificate of Corrections Branch
P.O. Box 1450,
Alexandria, VA 22313-1450

<u>Renewed Request for Certificate of Correction</u>

Sir,
Please issue a Certificate of Correction for the above identified patent to correct errors listed on the attached Form PTO/SB44. This request is being made pursuant to 35 USC 255, since the errors comprise minor or typographical errors by Applicants. Here, Applicants made a typographical error in the priority claim in a continuation application, the application resulting in the above identified U.S. Patent.

The applicants assert that the Office is authorized to issue a Certificate of Correction in this circumstance.

A petition and fee having previously been filed according to 37 CFR 1.136(a).

Respectfully Submitted,
/James D PALMATIER Reg. No. 42972/

James D. Palmatier,  September 09, 2019
Attorney for Applicant
Reg. No. 42, 972

Applied Patent Services
PO Box 231
Itasca, IL 60143

21668_135 Intensive Use Bed

PTO/SB/44 (09-07)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page __1__ of __1__

PATENT NO.         : 9661933

APPLICATION NO.: 13/450,508

ISSUE DATE       : 05/30/2017

INVENTOR(S)      : Richard B Karl, Scott Karl, and Kurt Staskon

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page:

Left Column, (Item 63), under "Related U.S. Application Data", after "now abandoned" add --, and continuation of U.S. Patent Application Serial No. 11/868,308 filed October 5, 2007, now U. S. Patent 8,007,059 B2--.

In the Specification:

In Column 1, Line 7, under "Related Applications" after "July 20, 2011" replace "and claims the benefit of the filing date of said co-pending Non-provisional Application Serial No. claims the benefit of the filing date of said co-pending Non-provisional Application Serial No. 13/186,853 filed July 20, 2011, which claims the benefit of the filing date of" with --, which is a continuation of--.

MAILING ADDRESS OF SENDER (Please do not use Customer Number below):
James D Palmatier, Attorney for Applicants

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 37109091 |
| **Application Number:** | 13450508 |
| **International Application Number:** | |
| **Confirmation Number:** | 7030 |
| **Title of Invention:** | Intensive Use Bed |
| **First Named Inventor/Applicant Name:** | Richard B. Karl |
| **Correspondence Address:** | APPLIED PATENT SERVICES<br>-<br>PO BOX 231<br>-<br>ITASCA      IL      60143-0231<br>US     6303060612<br>James.Palmatier@appliedpatentservice.com |
| **Filer:** | James D. Palmatier. |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 21668_135 |
| **Receipt Date:** | 09-SEP-2019 |
| **Filing Date:** | 19-APR-2012 |
| **Time Stamp:** | 17:39:20 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Petition for review by the Office of Petitions | 21668_135_Ren_pet.pdf | 75923 <br> 3b84de47d207c9efd921adfaef9ce38b723d6f30 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Request for Certificate of Correction | 21668_135_req_Cert.pdf | 54921 <br> e3db8e4b2d3bff38abbdb0bb35cccf787149d18d | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Request for Certificate of Correction | sb0044.pdf | 711227 <br> 4c235cedfe784da5d4ef93e80681936df431b3bb | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 842071 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/450,508 | 04/19/2012 | 3673 | 530 | 21668_135 | 16 | 3 |

**CONFIRMATION NO. 7030**

APPLIED PATENT SERVICES
PO BOX 231
ITASCA, IL 60143-0231

**CORRECTED FILING RECEIPT**

|||||||||||||| OC000000711387683 ||||||||||||||

Date Mailed: 09/24/2019

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Richard B. Karl, Naples, FL;
Scott Karl, Geneva, IL;
Kurt Staskon, Orland Park, IL;

**Applicant(s)**

Richard B. Karl, Naples, FL;
Scott Karl, Geneva, IL;
Kurt Staskon, Orland Park, IL;

**Assignment For Published Patent Application**

NORIX GROUP, INC., West Chicago, IL

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CON of 13/186,853 07/20/2011 ABN
which is a CON of 11/868,308 10/05/2007 PAT 8007059

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange: No**

page 1 of 4

A663

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 07/10/2012
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/450,508**
**Projected Publication Date:** Not Applicable
**Non-Publication Request:** No
**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

       Intensive Use Bed

**Preliminary Class**

       005

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:**

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative,

this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

**A666**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/450,508 | 04/19/2012 | Richard B. Karl | 21668_135 | 7030 |

7590          09/25/2019

APPLIED PATENT SERVICES
PO BOX 231
ITASCA, IL 60143-0231

| EXAMINER |
|---|
| SANTOS, ROBERT G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3673 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/25/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.



UNITED STATES PATENT AND TRADEMARK OFFICE

......................................................................................................................

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of                :

Karl et al.                            :

Application No. 13/450,508     :         DECISION ON PETITION

Filed: 19 Apr 2012               :

For: Intensive Use Bed        :

This is a decision on the renewed petition under 37 CFR 1.78(e) filed September 9, 2019, to accept an unintentionally delayed claim under 35 U.S.C. 120 for the benefit of a prior-filed nonprovisional application in above-identified issued patent by way of Certificate of Correction.

The petition under 37 CFR 1.78(e) is **GRANTED**.

A review of the record indicates petitioner did not make a proper benefit claim to the prior-filed nonprovisional application as required by 35 U.S.C. 120 and 37 CFR 1.78 in an application data sheet (ADS) within the time period provided by 37 CFR 1.78(d)(3). The underlying application issued as Patent No. 9,661,933 on May 30, 2017. Therefore, the appropriate avenue of relief for adding or correcting a claim for benefit of a prior-filed nonprovisional application after issuance of the application into a patent is by way of a grantable petition under 37 CFR 1.78(e), accompanied by the petition fee as set forth in § 1.17(m), a corrected ADS in compliance § 1.76(c), a request for a Certificate of Correction, and a Certificate of Correction fee. *See* MPEP 1481.03(II).

Petitioner submitted a $1000 small entity petition fee, a corrected ADS in compliance with 37 CFR 1.76(c) containing a benefit claim to the prior-filed nonprovisional application, and a proper statement of unintentional delay on June 12, 2019. A completed Certificate of Correction form was filed September 9, 2019, and a $150 certificate of correction fee was filed July 30, 2019.

As the present petition satisfies the requirements to add or correct a reference to a prior nonprovisional application in a patent via a Certificate of Correction, the Office accepts the benefit claim under 35 U.S.C. 120 as unintentionally delayed. Therefore, it is appropriate for petitioner to add or correct the claim under 35 U.S.C. 120 for benefit of the prior-filed nonprovisional application via Certificate of Correction.

A corrected Filing Receipt, which includes the claim for benefit of the prior-filed nonprovisional application, accompanies this decision on petition.

Application No. 13/450,508                                                                 Page 2

Petitioner is advised that this decision grants the petition to accept the unintentionally delayed domestic benefit claim to the prior filed application because the petition requirements of 37 CFR 1.78 and the formal requirements for claiming domestic benefit (*see* MPEP 211.01 et. seq.) have been met. This acceptance should not be construed as meaning that any claim in this patent is entitled to the benefit of the prior-filed application(s). *See* MPEP 211.05 for more information regarding entitlement to domestic benefit.

This application is being referred to the Certificates of Correction Branch for processing the request for a Certificate of Correction in accordance with this decision.

Any inquiries concerning this decision may be directed to the undersigned at (571) 272-3231.


/DOUGLAS I WOOD/
Attorney Advisor, OPET

Enclosure:  Corrected Filing Receipt



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/450,508 | 04/19/2012 | 3673 | 530 | 21668_135 | 16 | 3 |

**CONFIRMATION NO. 7030**

APPLIED PATENT SERVICES
PO BOX 231
ITASCA, IL 60143-0231

**CORRECTED FILING RECEIPT**


0C000000111587683

Date Mailed: 09/24/2019

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Richard B. Karl, Naples, FL;
Scott Karl, Geneva, IL;
Kurt Staskon, Orland Park, IL;

**Applicant(s)**

Richard B. Karl, Naples, FL;
Scott Karl, Geneva, IL;
Kurt Staskon, Orland Park, IL;

**Assignment For Published Patent Application**

NORIX GROUP, INC., West Chicago, IL

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CON of 13/186,853 07/20/2011 ABN
which is a CON of 11/868,308 10/05/2007 PAT 8007059

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**A670**

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 07/10/2012
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/450,508**
**Projected Publication Date:** Not Applicable
**Non-Publication Request:** No
**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

    Intensive Use Bed

**Preliminary Class**

    005

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:**

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative,

this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

**A672**

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

**A673**

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 9,661,933 B2                              Page 1 of 1
APPLICATION NO.  : 13/450508
DATED            : May 30, 2017
INVENTOR(S)      : Richard B Karl, Scott Karl and Kurt Staskon

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Column 1, (Item (63)), under "Related U.S. Application Data", after "now abandoned" add --, and continuation of U.S. Patent Application Serial No. 11/868,308 filed October 5, 2007, now U.S. Patent 8,007,059 B2--.

In the Specification

In Column 1, Line 7, under "Related Applications" after "July 20, 2011" replace "and claims the benefit of the filing date of said co-pending Non-provisional Application Serial No. claims the benefit of the filing date of said co-pending Non-provisional Application Serial No. 13/186,853 filed July 20, 2011, which claims the benefit of the filing date of" with --, which is a continuation of--.

Signed and Sealed this
Twenty-second Day of October, 2019

*Andrei Iancu*

Andrei Iancu
*Director of the United States Patent and Trademark Office*

**A674**