# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Norix Group, Inc.

                              Plaintiff,

v.                                           Case No.: 1:17−cv−07914

                                                    Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech USA, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Claim construction hearing held on 1/31/2024. The Court takes the matter under advisement and will issue a ruling in due course. The parties shall file a joint status report by 2/14/2024 confirming any agreement for supplementing the joint appendix and indicating whether they are interested in a referral to the Magistrate Judge for a settlement conference. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.