**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Norix Group, Inc.

                        Plaintiff,

v.                                           Case No.: 1:17−cv−07914

                                                  Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech USA, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2024:

      MINUTE entry before the Honorable John Robert Blakey: The Court adopts the parties' proposal for supplementing the record on claim construction, see [224]: the parties shall supplement the Joint Appendix by 2/28/24; Cortech shall file any supplemental brief by 2/28/24, and Norix shall file its supplemental brief by 3/6/24; both briefs shall be limited to 3 pages each. The Court will issue its claim construction ruling in due course. The Court appreciates that the parties do not want a referral for settlement right now, but encourages them to continue their settlement efforts, with the goal of exhausting all settlement potential before spending additional time and money on dispositive motions and trial. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.