# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Norix Group, Inc.

                                                Plaintiff,

v.                                                     Case No.: 1:17–cv–07914

                                                    Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech USA, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

       MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motion to withdraw the appearance of Nicole R. Marcotte [231] and strikes the 3/13/24 Notice of Motion date. The Clerk shall remove Attorney Marcotte's name from the docket in this case. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.