## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Norix Group, Inc.

                              Plaintiff,

v.                                       Case No.: 1:17−cv−07914

                                                    Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech USA, et al.

                              Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: settlement conference. (gel, )Mailed notice.

Dated: June 14, 2024

                                                            /s/ John Robert Blakey

                                                           United States District Judge