# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Norix Group, Inc.

                      Plaintiff,

v.                                       Case No.: 1:17−cv−07914

                                               Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech USA, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held regarding joint settlement conference with Norix v. Correctional Technologies, 20 C 1158. Settlement letters limited to 7 pages, which shall be used only if necessary. The 7−page limit does not include exhibits, such as damages spreadsheets. Hard copies of settlement letters to be delivered to Judge Weisman's chambers no more than 7 days prior to the settlement conference. For further details as to the settlement conference, see related order in 20 C 1158. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.