# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Norix Group, Inc.

                Plaintiff,

v.                                      Case No.: 1:17−cv−07914

                                      Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech USA, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

      MINUTE entry before the Honorable M. David Weisman: In person settlement conference held. Unfortunately, the parties made very little progress towards settlement. Further, despite the Court's invitation to have a further settlement conference, based on the tenor of the negotiation process, such an offer would be a fool's errand at this point. That said, if the parties collectively have a significant change in their negotiation position and strategies, the Court is happy to engage in a further settlement conference upon re−referral by the district court. All matters relating to the referral of this case having been resolved, this matter is returned to the District Judge. Referral terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.