**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Norix Group, Inc.

                                                            Plaintiff,

v.                                                          Case No.: 1:17−cv−07914

                                                            Honorable John Robert
                                                            Blakey

Correctional Technologies, Inc. d/b/a Cortech
USA, et al.

                                                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

        MINUTE entry before the Honorable John Robert Blakey: Upon consideration of the parties' briefs and the evidence and arguments presented at the claim construction hearing, this Court construes the parties' disputed claim terms as set forth in the accompanying Memorandum Opinion and Order. In light of the Court's construction, the parties shall meet and confer and file an updated status report by 4/15/26, proposing additional case management dates to advance the case. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.