**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Norix Group, Inc.

                             Plaintiff,

v.                                  Case No.: 1:17–cv–07914

                                  Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech
USA, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court adopts the parties' proposed case management schedule [249] and sets case management dates as follows: Plaintiff shall serve amended infringement contentions by 4/17/26; Defendant shall serve amended non–infringement contentions 5/8/26; the parties shall exchange updated Sales and Cost Data by 5/8/26; the parties shall supplement expert reports by 5/29/26; supplement rebuttal expert reports by 6/19/26; and complete all expert depositions by 7/17/26. Additionally, Defendant shall file any summary judgment motion by 8/14/26; Plaintiff shall file its response and any cross motion by 9/11/26; Defendant shall file its combined reply/response by 10/2/26; and Plaintiff shall file any reply by 10/16/26. Finally, the Court sets this matter for jury trial 5/3/27 at 9:00 a.m. and for a final pretrial conference 4/19/27 at 1:30 p.m., both in Courtroom 1203. The parties shall file their motions in limine (including any Daubert motions) by 3/5/27, file responses by 3/19/27, and file their proposed pretrial order by 4/2/27. The parties shall review and comply with the Court's standing orders, including the order on proposed pretrial procedures (including motions in limine) and the Court's jury selection protocol in civil cases, which are available on Judge Blakey's information page on the Court's official website: www.ilnd.uscourts.gov. The parties do not mention settlement in their 4/14/26 status report [249], but the Court encourages them to exhaust all possibility of settlement before spending time and money on dispositive motions or trial. To this end, Plaintiff shall make a formal, written demand by 7/19/26, Defendant shall respond (in writing) by 7/23/26, and the parties shall file a joint status report by 7/27/26, confirming compliance; at that time, the parties shall also provide their best estimates concerning the length of trial. If at any time the parties agree that another settlement conference could be productive, they should call chambers to request one. The parties should be aware that if they resolve their dispute on or after the first day of jury selection, the Court will assess juror costs. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.