**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORIX GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:17-cv-07914 |
| vs. | ) |
| | ) Honorable John Robert Blakey |
| CORRECTIONAL TECHNOLOGIES, INC., | ) |
| d/b/a CORTECH USA, and VDL | ) |
| INDUSTRIES, LLC, d/b/a AMERICAN | ) |
| SHAMROCK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Correctional Technologies, Inc., d/b/a Cortech USA and

VDL Industries, LLC, d/b/a American Shamrock, respectfully move this Court for leave to

withdraw the appearance of Holland & Knight LLP attorney R. David Donoghue as counsel in

this matter.  If withdrawal is permitted, Correctional Technologies, Inc., d/b/a Cortech USA and

VDL Industries, LLC, d/b/a American Shamrock will continue to be represented by Brian

Murray at the Neil Gerber Eisenberg firm – and therefore will not be adversely affected by

granting the relief requested in this motion.  Furthermore, this motion is not made for the

purposes of delay and plaintiff has indicated that it does not oppose the motion.

WHEREFORE, Correctional Technologies, Inc., d/b/a Cortech USA and VDL Industries,

LLC, d/b/a American Shamrock request that the Court grant this motion and permit the

withdrawal of the appearance of R. David Donoghue as their counsel in this proceeding and

remove him from all service lists, including the CM/ECF system.

Dated: June 3, 2026

Respectfully submitted,

**Correctional Technologies, Inc., d/b/a Cortech USA and VDL Industries, LLC, d/b/a American Shamrock**

By: /s/ *R. David Donoghue*

R. David Donoghue
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Ste. 2700
Chicago, Illinois 60606
Tel.: (312) 263-3600
Fax: (312) 578-6666
david.donoghue@hklaw.com