## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Norix Group, Inc.

                                        Plaintiff,

v.

                                        Case No.: 1:17−cv−07914

                                        Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech
USA, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's motion for leave to withdraw the appearance of R. David Donoghue [252] and directs the Clerk to terminate the appearance of Attorney Donoghue on the docket in this case. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.