**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Norix Group, Inc.

Plaintiff,

v.

Case No.: 1:17−cv−07914
Honorable John Robert Blakey

Correctional Technologies, Inc. d/b/a Cortech USA, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 30, 2026:

MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' representations concerning settlement [256], the Court hereby stays all set dates and deadlines and instead orders the parties to file an updated status report (or dismissal documents) by 9/30/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.